| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
|   | United States Attorney |
| 2 | |
|   | MIRANDA KANE (CABN 150630) |
| 3 | Chief, Criminal Division |
| 4 | THOMAS A. COLTHURST (CABN 99493) |
|   | Assistant United States Attorney |
| 5 | |
|   | 150 Almaden Boulevard, Suite 900 |
| 6 | San Jose, California 95113 |
|   | Telephone: (408)-535-5065 |
| 7 | Fax: (408)-535-5066 |
|   | E-Mail: tom.colthurst@usdoj.gov |
| 8 | |
|   | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 10-CR-00826-DLJ |
|---|---|---|
|      Plaintiff, | ) | |
| | ) | STIPULATION AND [] |
|      v. | ) | ORDER CONTINUING HEARING DATE |
| | ) | |
| FROYLAN HERNANDEZ, | ) | |
|      Defendant. | ) | |

The defendant FROYLAN HERNANDEZ, represented by James McNair Thompson, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for August 2, 2012, be continued to September 13, 2012.

On May 17, 2012, FROYLAN HERNANDEZ pleaded guilty to Count Two of the Indictment in Case No. 10-CR-00826-DLJ charging him with possessing with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2. He has been incarcerated since his arrest.

STIPULATION AND [] ORDER
Case No. 10-CR-00826-DLJ

1     The parties are requesting that his sentencing hearing be reset to September 13, 2012.

2     No other defendants are affected by this request.

3 SO STIPULATED:

5 Dated: July 31, 2012                 /S/
6                                Thomas A. Colthurst
                               Assistant United States Attorney

8 Dated: July 31, 2012                 /S/
9                                James McNair Thompson, Esq.
                               Attorney for Defendant

11     Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Froylan Hernandez*, scheduled for August 2, 2012, is continued to September 13, 2012, at 10:00 a.m.

16 DATED: ï ÐFÐG

                               THE HONORABLE D. LOWELL JENSEN
                               United States District Judge