1  JAMES McNAIR THOMPSON
   SBN 67807
2  LAW OFFICES OF JAMES McNAIR THOMPSON
   PO BOX 636
3  LOS GATOS CA 95031
   (408) 358-6047
4  Attorney for Defendant Froylan Hernandez

5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8                    SAN JOSE DIVISION

9

10

11 UNITED STATES OF CALIFORNIA,    ) Case No.: 10-CR-00826-DLJ
                                   )
12          Plaintiff,              ) STIPULATION AND []
                                   ) ORDER ADVANCING SENTENCING
13     vs.                          ) HEARING ONE WEEK
                                   )
14 FROYLAN HERNANDEZ,              )
                                   )
15          Defendant               )
                                   )

16     The defendant FROYLAN HERNANDEZ, represented by James McNair

17 Thompson, Esq., and the government, represented by Thomas A. Colthurst,

18 Assistant United States Attorney, respectfully request that the sentencing hearing

19 currently scheduled for September 13, 2012 at 10:00 a.m., be advanced to

20 September 6, 2012 at 10:00 a.m.

21     FROYLAN HERNANDEZ' sentencing was originally set for August 2, 2012,

22 but was continued upon the stipulation of the parties so that certain pre-sentence

23 matters could be resolved; those matters have been resolved, but counsel for

24 defendant has a court appearance in another court set for September 13, 2012.

25

1  Both counsel are available September 6, 2012, and therefore the parties
2  request the matter be advanced to that date.
3  On May 17, 2012, FROYLAN HERNANDEZ pleaded guilty to Count Two of
4  the Indictment in Case No. 10-CR-00826-DLJ charging him with possessing with
5  intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and
6  841(b)(1)(A)(viii) and Title 18, United States Code, Section 2. He has been
7  incarcerated since his arrest.
8  No other defendants are affected by this request.
9  SO STIPULATED:
10 Dated: July 31, 2012                       /S/
                                               Thomas A. Colthurst
11                                             Assistant United States Attorney
12
13 Dated: July 31, 2012                       /S/
                                               James McNair Thompson, Esq.
14                                             Attorney for Defendant
15

## [] ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for United States v. Froylan Hernandez, scheduled for September 13, 2012 at 10:00 a.m., is advanced to September 6, 2012, at 10:00 a.m.

DATED: 8/22/12

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge